

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00084-CV

_____

RUDY RUIZ, APPELLANT

V.

CALDWELL COUNTY APPRAISAL DISTRICT, APPELLEE

On Appeal from the 22nd District Court
Caldwell County, Texas
Trial Court No. 12-T-8837; Honorable F.C. Schneider, Presiding

August 31, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Rudy Ruiz, appeals from the trial court's judgment in favor of Appellee, Caldwell County Appraisal District.[1]  Now pending before the court is Appellant's motion seeking voluntary dismissal of the appeal.  The court finds the motion complies with the

---

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the court has been delivered to date, we grant the motion. The appeal is dismissed. Because the parties have not presented an agreement for the assessment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam